Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com

Attorney for Defendants
CITY OF NAPA, JOHN CORRIGAN, THOMAS KEENER,
ADAM DAVIS and CURTIS MADRIGAL

JOHN L. BURRIS, SBN 69888
BEN NISENBAUM, SBN 222173
Airport Corporate Centre
7677 Oakport Street, Suite 1200
Oakland, CA 94612
Tel: (510) 839-5200   Fax: (510) 839-3882
Email: John.Burris@JohnBurrisLaw.com

Attorneys for Plaintiff JANET JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET JIMENEZ, individually and as successor-in-interest to Decedent JAIME JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NAPA, a municipal corporation; JOHN CORRIGAN, individually and in his capacity as a Sergeant for the Napa Police Department; THOMAS KEENER, individually and in his capacity as an officer for the Napa Police Department; ADAM DAVIS, individually and in his capacity as an officer for the Napa Police Department; CURTIS MADRIGAL, individually and in his capacity as an officer for the Napa Police Department and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 17-cv-01352-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ENE COMPLIANCE DEADLINE**<br><br>**Hon. Edward M. Chen** |

1

The parties, plaintiff JANET JIMENEZ, and defendants CITY OF NAPA and THOMAS KEENER, respectfully request that the ENE compliance deadline in this action be continued to November 30, 2017. The matter was referred to ENE on June 30, 2017. The current ENE compliance deadline is September 7, 2017. The matter has been referred to Evaluator Richard James Collier for ENE.

Good cause exists for this continuance for the following reasons:

1. This case is still in the pleadings stage. Plaintiff filed her First Amended Complaint on July 21, 2017, and defendants have not yet filed its responsive pleadings. The current last day for defendants to file responsive pleadings is August 4, 2017 and the parties are filing a stipulation to extend the deadline to August 18, 2017 for filing responsive pleadings. The parties are in agreement that the parties would benefit from resolution of the pleadings prior to the ENE;

2. The parties believe it would be helpful to conduct written discovery and take key depositions prior to the ENE;

3. There are scheduling issues between the Evaluator, counsels for both parties, and the parties. Evaluator Collier proposed a date in September 2017 for ENE which worked for counsels for both parties. However, defendant THOMAS KEENER is unavailable due to a pre-planned out of town vacation. Furthermore, Evaluator Collier is unavailable from September 29 – October 31, 2017. Counsels for defendants are in trial in Alameda County Superior Court and will be unavailable in October 2017.

The parties are cooperating and working on scheduling the ENE for a mutually convenient date for all parties and Evaluator Collier. The parties have an upcoming ENE phone conference with Evaluator Collier on August 8, 2017 to further discuss the matter. Based on these reasons, the parties respectfully request that the Court continue the deadline to complete the ENE hearing to November 30, 2017.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: August 1, 2017 | LAW OFFICES OF JOHN L. BURRIS |

By  *Ben Nisenbaum*
    John L. Burris
    Ben Nisenbaum
    James Cook
    Attorneys for the Plaintiff
    JANET JIMENEZ

Dated: August 1, 2017        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Joanne Tran*
    Gregory M. Fox
    Joanne Tran
    Attorney for Defendants
    CITY OF NAPA, JOHN CORRIGAN, THOMAS KEENER, ADAM DAVIS and CURTIS MADRIGAL

## ATTORNEY ATTESTATION

I, Joanne Tran, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: August 1, 2017

                    /s/ *Joanne Tran*
                    Joanne Tran

## ORDER

Having considered the parties' stipulation, the deadline to complete the ENE hearing is November 30, 2017.

IT IS SO ORDERED.

Dated: 8/8/2017

IT IS SO ORDERED
Judge Edward M. Chen

THE HONORABLE EDWARD M. CHEN
United States District Judge

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ENE COMPLIANCE DEADLINE
U.S. District Court Case No.3:17-cv-01352-EMC: