JOHN L. BURRIS, ESQ. SBN 69888
BENJAMIN NISENBAUM, ESQ. SBN 222173
JAMES COOK, ESQ., SBN 300212
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Tel: (510) 839-5200   Fax: (510) 839-3882
e-mail: John.Burris@JohnBurrisLaw.com

Attorneys for Plaintiff
JANET JIMENEZ

Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: gfox@bfesf.com

Attorney for Defendants
CITY OF NAPA and THOMAS KEENER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET JIMENEZ, individually and as successor-in-interest to Decedent JAIME JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NAPA, a municipal corporation; JOHN CORRIGAN, individually and in his capacity as a Sergeant for the Napa Police Department; THOMAS KEENER, individually and in his capacity as an officer for the Napa Police Department; ADAM DAVIS, individually and in his capacity as an officer for the Napa Police Department; CURTIS MADRIGAL, individually and in his capacity as an officer for the Napa Police Department and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 17-cv-01352-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS TO THE MONELL CLAIM AGAINST DEFENDANT CITY OF NAPA AND DOES 26-50 AND TO EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT**<br><br><br><br>**Hon. Edward M. Chen** |

IT IS HEREBY STIPULATED by the plaintiff JANET JIMENEZ, individually and as successor-in-interest to Decedent JAIME JIMENEZ, and defendants CITY OF NAPA and THOMAS KEENER, through their respective undersigned counsel, that the third cause of action for *Monell* claim under 42 U.S.C. § 1983 against defendants CITY OF NAPA and DOES 26-50 in plaintiff's First Amended Complaint is dismissed with prejudice, each side to bear its/his/her own fees and costs, pursuant to FRCP 41(a)(1)(A)(ii).

The parties further stipulate that the time for defendants CITY OF NAPA and THOMAS KEENER to file its responsive pleading, which is currently due on August 4, 2017, shall be extended 14 days. The parties agree and stipulate that defendants' responsive pleading will now be August 18, 2017.

Dated: August 1, 2017　　　　　　　　　　　LAW OFFICES OF JOHN BURRIS

By: */s/ Ben Nisenbaum*
　　John Burris
　　Ben Nisenbaum
　　James Cook
　　Attorneys for Plaintiff
　　JANET JIMENEZ

Dated: August 1, 2017　　　　　　　　　　　BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Joanne Tran*
　　Gregory M. Fox
　　Joanne Tran
　　Attorney for Defendants
　　CITY OF NAPA and THOMAS KEENER

**ATTORNEY ATTESTATION**

I, Joanne Tran, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: August 1, 2017

/s/ *Joanne Tran*
Joanne Tran

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/8/2017

Hon. Edward M. Chen
United States D



IT IS SO ORDERED
Judge Edward M. Chen

3
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS TO THE MONELL CLAIM AGAINST DEFENDANT CITY OF NAPA AND DOES 26-50 AND TO EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT
U.S. District Court Case No.3:17-cv-01352-EMC: