JOHN L. BURRIS, ESQ. SBN 69888
BENJAMIN NISENBAUM, ESQ. SBN 222173
JAMES COOK, ESQ., SBN 300212
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Tel: (510) 839-5200   Fax: (510) 839-3882
e-mail:  John.Burris@JohnBurrisLaw.com

Attorneys for Plaintiff
JANET JIMENEZ


Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: gfox@bfesf.com

Attorney for Defendants
CITY OF NAPA and THOMAS KEENER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET JIMENEZ, individually and as successor-in-interest to Decedent JAIME JIMENEZ,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF NAPA, a municipal corporation; JOHN CORRIGAN, individually and in his capacity as a Sergeant for the Napa Police Department; THOMAS KEENER, individually and in his capacity as an officer for the Napa Police Department; ADAM DAVIS, individually and in his capacity as an officer for the Napa Police Department; CURTIS MADRIGAL, individually and in his capacity as an officer for the Napa Police Department and DOES 1-50, inclusive,<br><br>   Defendants. | Case No. 17-cv-01352-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br><br>**Hon. Edward M. Chen** |

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
U.S. District Court Case No.3:17-cv-01352-EMC:

IT IS HEREBY STIPULATED between the parties, following the death of Plaintiff JANET JIMENEZ, through her immediate successors-in-interest, adult children Monica Linarte and Reyna Menendez, that the above-entitled is hereby dismissed with prejudice in its entirety, all parties to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: May 9, 2018                     LAW OFFICES OF JOHN BURRIS

                                                    By:  /s/*Benjamin Nisenbaum*
                                                       John Burris
                                                       Ben Nisenbaum
                                                       James Cook
                                                       Attorneys for Plaintiff
                                                       JANET JIMENEZ

Dated: May 9, 2018                     BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                        By:  /s/
                                                       Gregory M. Fox
                                                       Joanne Tran
                                                       Attorney for Defendants
                                                       CITY OF NAPA and THOMAS KEENER

**ATTORNEY ATTESTATION**

I, Benjamin Nisenbaum, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated:  May 10, 2018          /s/ *Benjamin Nisenbaum*
                              Ben Nisenbaum

**ORDER**

**PURSUANT TO STIPULATION, THE ABVOE-ENTITLED ACTION IS HEREBY DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN FEES AND COSTS.**

DATED: 5/15/2018

_____
Hon. Edward M. Chen
United States District Judge

